MCCORRISTON MILLER MUKAI MACKINNON LLP

DAVID J. MINKIN        3639-0
minkin@m4law.com
BECKY T. CHESTNUT  7756-0
chestnut@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaiʻi  96813
Telephone:  (808) 529-7300
Facsimile:   (808) 524-8293

Attorneys for Defendant
LCS FINANCIAL SERVICES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA and DONNA MAE AMINA, Husband and Wife, ) | CIVIL NO. CV 10-00165 JMS KSC |
| ) | |
| Plaintiffs, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | (Re:  Defendant LCS Financial Services Corporation's First Request for Production of Documents to Plaintiff Donna Mae Amina) |
| ) | |
| WMC MORTGAGE CORP.; GENERAL ELECTRIC COMPANY; MERSCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CHASE HOME FINANCE LLC; CHASE HOME FINANCE, INC.; LCS FINANCIAL SERVICES CORPORATION; UNKNOWN OWNERS OF THE EVIDENCE OF THE DEBT and/or OWNERS OF THE NOTE, ) | |
| ) | |
| Defendants. ) | |

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the document

entitled, "Defendant LCS Financial Services Corporation's First Request for

Production of Documents to Plaintiff Donna Mae Amina," was duly served upon

the following parties on this date, by hand delivery [HD], or depositing said copy,

postage prepaid, first class, in the United States post office [M], at Honolulu,

Hawai'i as indicated and addressed as set forth below:

DONNA MAE AMINA                                    (M)
MELVIN KEAKAKU AMINA
2304 Metcalf Street 2
Honolulu, Hawai'i  96822

Plaintiffs Pro Se


JEFFREY H. K. SIA, ESQ.                            (M)
jeffrey.sia@hawadvocate.com
DAVID A. GRUBNER, ESQ.
david.gruebner@hawadvocate.com
Ayabe Chong Nishimoto Sia & Nakamura
1003 Bishop Street, Suite 2500
Honolulu, Hawai'i  96813

Attorneys for Defendants
MERSCORP INC.; MORTGAGE
ELECTRONIC REGISTRATION SYTEMS,
INC.; CHASE HOME FINANCE LLC; and
CHASE HOME FINANCE, INC.

PATRICIA J. McHENRY, ESQ.                                (M)
pmchenry@cades.com
SEAN MICHAEL SMITH, ESQ.
ssmith@cades.com
Cades Schutte
1000 Bishop Street, 12th Floor
Honolulu, Hawai'i  96813-4216

Attorneys for Defendants
WMC MORTGAGE CORP. and
GENERAL ELECTRIC COMPANY

DATED:  Honolulu, Hawai'i, August 15, 2011.


                         /s/ David J. Minkin
                         DAVID J. MINKIN
                         BECKY T. CHESTNUT

                         Attorneys for Defendant
                         LCS FINANCIAL SERVICES
                         CORPORATION