# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV10-00165JMS-KSC |
| CASE NAME: | Melvin Keakaku Amina, et al. vs. WMC Mortgage Corp., et al. |
| ATTYS FOR PLA: | Melvin Amina, Pro Se<br>Donna Mae Amina, Pro Se |
| ATTYS FOR DEFT: | David Gruebner<br>David Minkin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5<br>9:16-9:19am<br>(Motion) |
| DATE: | 11/28/2011 | TIME: | C5 - no record<br>9:19-9:40am<br>(Settlement Conf) |

COURT ACTION:  EP:
1. Verified Motion to Substitute Party [F.R.C.P. 25(c)] [115]
2. Further Settlement Conference

Pro Se Plaintiffs Melvin and Donna Amina present.

Verified Motion to Substitute Party [F.R.C.P. 25(c)] [115].  Motion denied.  Mr. Gruebner to prepare the Order.

Further Settlement Conference.  Further Settlement Conference held.  Mr. Minkin to forward a proposed settlement agreement to Plaintiffs for review and approval.  Mr. and Mrs. Amina to provide updated financial information to Mr. Gruebner with regard to possible loan modification.  However, Plaintiffs and counsel were advised as to the approaching 2/28/12 trial date and that it was unlikely the trial would be continued.  Further Settlement Conference on call.

Submitted by: Shari Afuso, Courtroom Manager