AYABE, CHONG, NISHIMOTO,
 SIA & NAKAMURA, A Limited
 Liability Law Partnership

JEFFREY H. K. SIA         3029-0
DIANE W. WONG             2333-0
DAVID A. GRUEBNER         5799-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii 96813
Telephone No.: (808) 537-6119
jeffrey.sia@hawadvocate.com
diane.wong@hawadvocate.com
david.gruebner@hawadvocate.com

Attorneys for Defendants
MERSCORP, INC., MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., CHASE HOME
FINANCE LLC, and CHASE HOME
FINANCE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA and DONNA MAE AMINA, Husband and wife, | CIVIL NO. CV 10-00165 JMS/KSC |
| | DEFENDANTS MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CHASE HOME FINANCE LLC, AND CHASE HOME FINANCE, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; *[continued on next page]* |
| Plaintiffs, | |
| vs. | |
| | Date: |
| | Time: |
| WMC MORTGAGE, LLC, Successor in Interest to WMC Mortgage Corp.; GENERAL ELECTRIC COMPANY; | Judge:     Kevin S.C. Chang |
| | Trial date: 2/28/12 |

1

| | |
|---|---|
| MERSCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CHASE HOME FINANCE LLC; CHASE HOME FINANCE, INC.; and UNKNOWN OWNERS OF THE EVIDENCE OF DEBT and/or OWNERS OF THE NOTE,<br><br>              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DAVID A. GRUEBNER; EXHIBITS "A" – "C"; CERTIFICATE OF SERVICE |

[2010141JHKS/#522943]

## DEFENDANTS MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CHASE HOME FINANCE LLC, AND CHASE HOME FINANCE, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Defendants MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CHASE HOME FINANCE LLC, and CHASE HOME FINANCE, INC. (hereinafter collectively referred to as "Defendants") hereby move this Court for an order compelling Plaintiffs to produce documents in response to Defendants' First Request For Production of Documents to Plaintiffs.

This motion is based on Rule 37(a) of the Federal Rules of Civil Procedure, the declaration of counsel, exhibits attached, and the records and files in this case.

2

DATED: Honolulu, Hawaii, November 30, 2011.

    /s/ David A. Gruebner
JEFFREY H. K. SIA
DIANE W. WONG
DAVID A. GRUEBNER
Attorneys for Defendants
MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CHASE HOME FINANCE, LLC, and CHASE HOME FINANCE, INC.