Donna Mae Amina, pro se
Melvin Keakaku Amina, pro se
2304 Metcalf Street 2
Honolulu, HI 96822
(808) 941-0685

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA AND DONNA MAE AMINA, HUSBAND AND WIFE,<br><br>Plaintiffs,<br><br>vs.<br><br>WMC MORTGAGE CORP.; GENERAL ELECTRIC COMPANY; MERSCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CHASE HOME FINANCE LLC; CHASE HOME FINANCE, INC.; LCS FINANCIAL SERVICES CORPORATION; **UNKNOWN OWNERS OF THE EVIDENCE OF THE DEBT and/or OWNERS OF THE NOTE;** | Case No. CV 10-00165 JMS-KSC |

PLAINTIFF'S **WRITTEN RESPONSE** TO DEFENDANTS MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CHASE HOME FINANCE LLC, AND CHASE HOME FINANCE, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS

Plaintiffs Melvin Amina and Donna Amina hereby submit this written response to

DEFENDANTS MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION

SYSTEMS, INC., CHASE HOME FINANCE LLC, AND CHASE HOME FINANCE,

INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS



EXHIBIT "A"

dated Oct 13 2010, pursuant to Rule 34 of the Federal Rules of Civil Procedure, as follows:

## GENERAL OBJECTIONS

1. Defendants object to Plaintiff's "Definitions and Instructions" to the extent they purport to impose discovery obligations that differ from or exceed the discovery obligations imposed by the Federal Rules of Civil Procedure.

2. Defendants object to the Interrogatories and Requests for Production of Documents to the extent that they seek information protected by the attorney-client privilege, the work-product privilege, or any other privilege, protection, or immunity applicable under the governing law.

3. Defendants object to the Interrogatories and Requests for Production of Documents to the extent that they are overly broad, unduly burdensome, oppressive, and/or seek information that is not relevant to the issues in this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.

4. Defendants respond to each of the requests based upon information and documentation available as of the date hereof and reserve the right to supplement and amend their responses.

5. Defendants object to the requests to the extent that they seek information that was prepared in anticipation of litigation.

6. Defendants object to the requests to the extent that they seek documents that are already in the Defendants' possession, custody and control, or that of their agents, employees, or custodians, documents that are a matter of public record and/or documents that are otherwise equally accessible to defendant.

## RESPONSES

**1. (closing documents)** Plaintiffs object to this request on the grounds that it seeks documents that are already in the Defendants' possession, custody and control. Subject to and without waiver of their general and specific objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

**2. (correspondence re first mortgage)** Plaintiffs object to this request on the grounds that it seeks documents that are already in the Defendants' possession, custody and control. Subject to and without waiver of their general and specific objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request, including the enclosed phone logs numbered 1 through 7 memorializing Plaintiffs' attempts to modify the loans.

**3. (correspondence re second mortgage)** Plaintiffs object to this request on the grounds that it seeks documents that are already in the Defendants' possession, custody and control. Subject to and without waiver of their general and specific objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request, including the enclosed phone logs numbered 1 through 7 memorializing Plaintiffs' attempts to modify the loans.

**4. (correspondence re first mortgage arrearage)** Plaintiffs object to this request on the grounds that it seeks documents that are already in the Defendants' possession, custody and control. Subject to and without waiver of their general and specific objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request, including the

enclosed phone logs numbered 1 through 7 memorializing Plaintiffs' attempts to modify the loans.

5. **(correspondence re second mortgage arrearage)** Plaintiffs object to this request on the grounds that it seeks documents that are already in the Defendants' possession, custody and control. Subject to and without waiver of their general and specific objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request, including the enclosed phone logs numbered 1 through 7 memorializing Plaintiffs' attempts to modify the loans.

6. **(correspondence re intent to foreclose)** Plaintiffs object to this request on the grounds that it seeks documents that are already in the Defendants' possession, custody and control. Subject to and without waiver of their general and specific objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

7. **(documents from Chase Home Finance Inc.)** Plaintiffs object to this request on the grounds that it seeks documents that are already in the Defendants' possession, custody and control. Subject to and without waiver of their general and specific objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

8. **(documents from Chase Home Finance LLC)** Plaintiffs object to this request on the grounds that it seeks documents that are already in the Defendants' possession, custody and control. Subject to and without waiver of their general and specific

objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

9. **(documents from Litton)** Plaintiffs object to this request on the grounds that it is vague and unduly burdensome, does not describe the requested documents with reasonable particularity as required by Rule 34, Fed. R. Civ. P., seeks irrelevant documents and information, and is overly broad in scope by not having any time frame and seeking documents not having any bearing or relationship with any issue or claims in this case. Subject to and without waiver of their general and specific objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

10. **(documents to Chase Home Finance LLC re first mortgage)** Plaintiffs object to this request on the grounds that it seeks documents that are already in the Defendants' possession, custody and control. Subject to and without waiver of their general and specific objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

11. **(documents to Chase Home Finance LLC re second mortgage)** Plaintiffs object to this request on the grounds that it seeks documents that are already in the Defendants' possession, custody and control. Subject to and without waiver of their general and specific objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

12. **(documents from Merscorp)** Plaintiffs object to this request on the grounds that it seeks documents that are already in the Defendants' possession, custody and control. Subject to and without waiver of their general and specific objections, Plaintiffs

will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

13. **(documents from MERS)** Plaintiffs object to this request on the grounds that it seeks documents that are already in the Defendants' possession, custody and control. Subject to and without waiver of their general and specific objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

14. **(documents relied upon re Fourth Claim, FDCPA)** Subject to and without waiver of general objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

15. **(documents relied upon re Fifth Claim, FCRA)** Subject to and without waiver of general objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

16. **(documents relied upon re Sixth Claim, Fraud)** Subject to and without waiver of their general objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

17. **(documents relied upon re Seventh Claim, MERS Fraud)** Subject to and without waiver of their general objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

18. **(documents relied upon re Eighth Claim, Unjust Enrichment)** Subject to and without waiver of their general objections, Plaintiffs will make available for

inspection and copying all such documents in their possession which they believe are responsive to this Request.

**19. (documents relied upon re Ninth Claim, Fraud in the Inducement)** Subject to and without waiver of their general objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

**20. (documents re consumer protection acts)** Plaintiffs object to this request on the grounds that it is vague, overbroad and unduly burdensome, does not describe the requested documents with reasonable particularity as required by Rule 34, Fed. R. Civ. P., seeks irrelevant documents and information, and is overly broad in scope by not having any time frame and seeking documents not having any bearing or relationship with any issue or claims in this case. Subject to and without waiver of their general and specific objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

**21. (documents re special damages)** Subject to and without waiver of their general objections, Plaintiffs will make available for inspection and copying all such documents in their possession which they believe are responsive to this Request.

Executed on: November 18, 2011

_____  
Melvin Amina, Plaintiff *pro se*  
2304 Metcalf Street  
Honolulu, HI 96822  
(808) 941-0685

_____  
Donna Amina, Plaintiff *pro se*  
2304 Metcalf Street  
Honolulu, HI 96822  
(808) 941-0685

## CERTIFICATE OF SERVICE

On the date last written below, I served a true copy of the foregoing document upon the following parties in this action by First Class U. S. mail postage prepaid:

Defendants
MERSCORP, INC.
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
CHASE HOME FINANCE LLC
CHASE HOME FINANCE, INC.
c/o Jeffrey H. K. Sia
c/o David A. Gruebner
c/o Diane W. Wong
Ayabe, Chong, Nishimoto, Sia & Nakamura, A Limited Liability Partnership
1003 Bishop Street, Suite 2500
Honolulu, HI 96813

Executed on: November 18, 2011

_____
(signed by person mailing)