IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA; DONNA MAE AMINA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WMC MORTGAGE CORP.; GENERAL ELECTRIC COMPANY; MERSCORP INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CHASE HOME FINANCE LLC; CHASE HOME FINANCE, INC.; UNKNOWN OWNERS OF THE EVIDENCE OF THE DEBT AND/OR OWNERS OF THE NOTE,<br><br>    Defendants.<br>_____ | CIVIL NO. 10-00165 JMS-KSC<br><br>ORDER TO SHOW CAUSE |

ORDER TO SHOW CAUSE

      The Court scheduled a Final Pretrial Conference for January 17, 2012, at 1:45 p.m.  Doc. No. 128; Doc. No. 94.  Plaintiffs did not appear.  In addition to failing to appear at the Final Pretrial Conference, Plaintiffs did not submit a Final Pretrial Conference Statement, as required by Rule 16.6 of the Local Rules of Practice of the United States District Court for the District of Hawaii ("Local Rules").

Accordingly, IT IS HEREBY ORDERED that Plaintiffs appear before this Court on January 25, 2012, at 9:15 a.m. to show cause, if any there be, why this case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, January 19, 2012.



_____
Kevin S.C. Chang
United States Magistrate Judge

CV 10-00165 JMS-KSC; <u>AMINA, et al. V. WMC MORTGAGE CORP., et al.</u>; ORDER TO SHOW CAUSE