# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA AND DONNA MAE AMINA | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 10-00165 JMS KSC |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| WMC MORTGAGE CORP., ET AL. | February 24, 2012 |
| Defendant(s). | At 2 o'clock and 50 min p.m. SUE BEITIA, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE pursuant to the, "Order Adopting Magistrate Judge Kevin S.C. Chang's Findings And Recommendation To Dismiss Action", by the Honorable J. MICHAEL SEABRIGHT, U.S. District Judge, and filed on, February 24, 2012.

| February 24, 2012 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by GS |
| | (By) Deputy Clerk |